IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAKOB TOBLER AND MICHELLE MCNITT, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>1248 HOLDINGS, LLC F/K/A BICKNELL FAMILY HOLDING COMPANY, et al.<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:24-cv-02068-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO A FILE RESPONSIVE PLEADING**

  Defendants American Century Companies, Inc., American Century Services, LLC, and American Century Investment Management, Inc. (hereinafter "the American Century Parties"), Defendants 1248 Holdings, LLC; Mariner Wealth Advisors, LLC; Mariner, LLC; Mariner Capital Advisors, LLC; and Montage Investments, LLC (hereinafter "the Mariner Parties"), and Defendants Tortoise Capital Advisors, L.L.C. and TortoiseEcoFin Investments, LLC (hereinafter, "Tortoise Defendants"), by and through their undersigned counsel, collectively move the Court to issue an Order further extending the Defendants' deadline to answer, move to dismiss, or otherwise respond to the First Amended Complaint to on or before August 8, 2024.

  In support of this unopposed motion, the Defendants respectfully state the following: On July 18, 2024, Plaintiffs filed their First Amended Complaint in the above-captioned action naming as adverse parties the Defendants. The common responsive pleading deadline is currently August 1, 2024. Defendants collectively request additional time to evaluate the Complaint and prepare appropriate responsive pleadings.

  Plaintiffs do not oppose the Defendants' additional request for an extension of time.

By seeking this unopposed extension of time, the Defendants do not: (i) make a general appearance in this action; and (ii) do not waive any objection or defense to the Court's exercise of personal or subject matter jurisdiction over them or to Plaintiffs' First Amended Complaint (other than an objection or defense based on service of process).

## CONCLUSION

Based on the foregoing, the Defendants respectfully request the Court enter an Order directing that the deadline to answer, move to dismiss, or otherwise respond to the First Amended Complaint for all Defendants shall be on or before August 8, 2024.

Respectfully submitted,

SPENCER FANE LLP

*/s/ Daniel Blegen*
Daniel Blegen KS # 19092
Emily N. Reed, D.Kan. #79020
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
dblegen@spencerfane.com
ereed@spencerfane.com

DLA PIPER LLP (US)

Jonathan D. King (pro hac forthcoming)
John J. Hamill (pro hac vice)
Michael S. Pullos (pro hac vice)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Phone: (312) 368-3423
Fax: (312) 251-5728
Jonathan.king@us.dlapiper.com
John.hamill@us.dlapiper.com
Michael.pullos@us.dlapiper.com
**ATTORNEYS FOR MARINER PARTIES**

By: */s/ Jeffrey D. Morris*
Jeffrey D. Morris, #16123
BERKOWITZ OLIVER, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108

Phone: (913) 649-7007
Fax: (816) 561-1888
jmorris@berkowitzoliver.com

/s/ John E. Schmidtlein
John E. Schmidtlein (pro hac vice)
Brian T. Gilmore (pro hac vice)
McKayla R. Stokes-Robinson (pro hac vice)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Phone: (202) 434-5901
Fax (202) 434-5029
JSchmidtlein@wc.com
bgilmore@wc.com
mrobinson@wc.com
**ATTORNEYS FOR AMERICAN CENTURY DEFENDANTS**

BARBER EMERSON, L.C.

/s/ Terrence J. Campbell
Terrence J. Campbell, KS #18377
Matthew J. Rogers, KS #27667
1211 Massachusetts St. P.O. Box 667 Lawrence, Kansas 66044
Phone: (785) 843-6600
Fax: (785) 843-8405
tcampbell@barberemerson.com
mrogers@barberemerson.com
**ATTORNEYS FOR TORTOISE DEFENDANTS**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 30, 2024, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

By: /s/ Daniel Blegen
       Attorney for Mariner Parties