**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| JAKOB TOBLER and MICHELLE MCNITT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>1248 HOLDINGS, LLC f/k/a BICKNELL FAMILY HOLDING COMPANY; MARINER WEALTH ADVISORS, LLC f/k/a MARINER HOLDINGS, LLC; MONTAGE INVESTMENTS, LLC; MARINER, LLC f/k/a MARINER WEALTH ADVISORS, LLC; MARINER CAPITAL ADVISORS, LLC; TORTOISE CAPITAL ADVISORS, LLC; TORTOISEECOFIN PARENT HOLDCO LLC; AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY SERVICES, LLC; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; and DOES 1-10,<br><br>    Defendants. | Case No. 2:24-CV-02068-EFM-GEB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs Jakob Tobler and Michelle McNitt ("Plaintiffs"), through undersigned counsel, pursuant to Local Rule 6.1, respectfully move the Court for a 30-day extension, up to and including January 2, 2025, for Plaintiffs to file any discovery-related motion related to Defendants' responses to Plaintiffs' First Set of Requests for Production of Documents. In support of this Motion, Plaintiffs state as follows:

      1.      On October 1, 2024, Plaintiffs served their First Set of Requests for Production of Documents on Defendants.

      2.      On October 31, 2024, American Century Defendants and Mariner-1248 Defendants

1

served their responses to Plaintiffs' First Set of Requests for Production of Documents.[1] As such, under Local Rule 6.1, Plaintiffs must file any discovery-related motion concerning their discovery responses to Plaintiffs' First Set of Requests for Production of Documents by December 2, 2024.

3. On November 15, 2024, Plaintiffs served meet-and-confer letters on American Century Defendants and Mariner-1248 Defendants regarding what Plaintiffs contend are deficient responses and lack of document production to Plaintiffs' First Set of Requests for Production of Documents.

4. On November 22, 2024, the Parties met and conferred about several matters, including American Century's and Mariner-1248's production of documents. Counsel for American Century represented that American Century anticipates producing documents after Thanksgiving. Counsel for Mariner-1248 represented that Mariner-1248 anticipates producing documents by December 6, 2024.

5. Because Plaintiffs will not receive American Century's and Mariner-1248's productions until likely on or after December 2, 2024, Plaintiffs will be unable to review the anticipated productions and evaluate these productions against American Century's and Mariner-1248's discovery responses by the December 2, 2024 deadline for Plaintiffs to file their discovery-related motion. Accordingly, Plaintiffs respectfully request an additional thirty days, up to and including January 2, 2025, for Plaintiffs to file any discovery-related motion related to American Century's and Mariner-1248's discovery responses to Plaintiffs' First Set of Requests for Production of Documents.

6. This motion is made in good faith, and not for purposes of vexation, harassment, undue delay, or other improper purpose.

---

[1] Plaintiffs provided the Tortoise Defendants a 30-day extension, up to and including December 2, 2024, to respond to Plaintiffs' First Set of Requests for Production of Documents.

7. There have been no other extensions of this deadline.

8. Plaintiffs have notified Defendants of their intent to file this motion, and Defendants do not oppose.

Dated: November 27, 2024

Respectfully submitted,

*/s/ George A. Hanson*
George A. Hanson    KS Bar # 16805
Stefon J. David     KSD Bar # 79173
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
hanson@stuevesiegel.com
david@stuevesiegel.com


Rowdy B. Meeks    KS Bar # 16068
**ROWDY MEEKS LEGAL GROUP LLC**
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
Telephone: (913) 776-5585
Rowdy.meeks@rmlegalgroup.com

COUNSEL FOR PLAINTIFFS
AND THE PROPOSED CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

By: */s/ George A. Hanson*
    Attorney for Plaintiffs

3