# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| JAKOB TOBLER and MICHELLE MCNITT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>1248 HOLDINGS, LLC f/k/a BICKNELL FAMILY HOLDING COMPANY; MARINER WEALTH ADVISORS, LLC f/k/a MARINER HOLDINGS, LLC; MONTAGE INVESTMENTS, LLC; MARINER, LLC f/k/a MARINER WEALTH ADVISORS, LLC; MARINER CAPITAL ADVISORS, LLC; TORTOISE CAPITAL ADVISORS, LLC; TORTOISEECOFIN PARENT HOLDCO LLC; AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY SERVICES, LLC; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:24-CV-02068-JAR-GEB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

　　　　The Defendants, pursuant to Local Rule 6.1, respectfully move the Court for a 30-day extension, up to and including February 20, 2025, for Defendants to file any discovery-related motion related to the Plaintiffs' responses to the Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories. In support of this Motion, the Defendants state:

　　　　1.　　On November 19, 2024, Defendants served their First Set of Requests for Production of Documents and First Set of Intorrogatories on the Plaintiffs.

　　　　2.　　On December 19, 2024, the Plaintiffs' served their objections and responses to that written discovery.

3. On January 15, 2025, the Defendants served a meet and confer letter on the Plaintiffs regarding what Defendants contend are deficient responses.

4. On January 15, 2025, the Defendants requested to meet and confer with the plaintiffs regarding those and other discovery issues.

5. On January 16, 2025, counsel for the Plaintiffs responded by proposing a meet and confer during the week of January 20, 2025.

6. The Plaintiffs made an initial production of documents today (January 17).

7. Because the Defendants just received the Plaintiffs' production today, the Defendants will be unable to review the anticipated productions and evaluate those productions against the Plaintiffs' responses by the January 21, 2025 deadline for Defendants to file their discovery-related motion. The Defendants therefore respectfully request an additional thirty days, up to and including February 20, 2025 for Defendants to file any discovery-related motion related to the Plaintiffs' discovery responses to Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories.

8. This motion is made in good faith, and not for purposes of vexation, harassment, undue delay, or other improper purpose.

9. There have been no other extensions of this deadline.

10. Defendants have notified Plaintiffs of their intent to file this motion, and Plaintiffs do not oppose.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend the deadline for Defendants to file any discovery-related motion regarding the Plaintiffs' responses to Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories by thirty days to February 20, 2025.

Dated: January 17, 2025

Respectfully submitted,

By: */s/ Daniel Blegen*
Daniel Blegen  KS # 19092
Emily N. Reed,  D.Kan. #79020
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100
(816) 474-3216 (facsimile)
dblegen@spencerfane.com
ereed@spencerfane.com

Jonathan D. King (*pro hac vice*)
John J. Hamill (*pro hac vice*)
Michael S. Pullos (*pro hac vice*)
Devin J. Carpenter (*pro hac vice)*
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-3423
(312) 251-5728 (facsimile)
jonathan.king@us.dlapiper.com
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com
devin.carpenter@us.dlapiper.com

*Attorneys for the Mariner-1248 Holdings Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney, on oath, certifies that on January 17, 2025 he served the foregoing *Defendants' Unopposed Motion for Extension of Time* via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the District of Kansas.

*/s/ Daniel Blegen*