IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| JAKOB TOBLER and MICHELLE MCNITT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>1248 HOLDINGS, LLC f/k/a BICKNELL FAMILY HOLDING COMPANY; MARINER WEALTH ADVISORS, LLC f/k/a MARINER HOLDINGS, LLC; MONTAGE INVESTMENTS, LLC; MARINER, LLC f/k/a MARINER WEALTH ADVISORS, LLC; MARINER CAPITAL ADVISORS, LLC; TORTOISE CAPITAL ADVISORS, LLC; TORTOISEECOFIN PARENT HOLDCO LLC; AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY SERVICES, LLC; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; and DOES 1-10,<br><br>        Defendants. | Case No. 2:24-CV-02068-EFM-GEB |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FOR PRELIMINARY APPROVAL OF <u>PROPOSED CLASS ACTION SETTLEMENT</u>**

      Plaintiffs Jakob Tobler and Michelle McNitt, by and through undersigned counsel, respectfully move the Court for an Order:

      (i)      Preliminarily approving the terms of the proposed settlement as being within the range of fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23;

      (ii)     Preliminarily certifying the Settlement Class for settlement purposes only;

(iii)     Approving the proposed Notice Program and directing that Notice be issued to the Settlement Class;

(iv)     Approving as to form and content the Notice;

(v)     Appointing Simpluris, Inc. as the Settlement Administrator and Huntington Bank as the Escrow Agent;

(vi)     Approving the proposed Plan of Allocation;

(vii)     Appointing Jakob Tobler and Michelle McNitt as Representative Plaintiffs;

(viii)     Appointing George A. Hanson, Brad T. Wilders, and Stefon J. David of Stueve Siegel Hanson LLP, and Rowdy B. Meeks of Rowdy Meeks Legal Group LLC as Settlement Class Counsel;

(ix)     Scheduling a Final Approval Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses;

(x)     Providing such other related relief as is necessary to carry out the Settlement, including a stay of proceedings pending a final determination as to the approval of the Settlement.

In support of this Motion, Plaintiffs submit herewith the Settlement Agreement dated July 28, 2025, as Exhibit 1; the Declaration of George A. Hanson on behalf of Proposed Class Counsel as Exhibit 2; the Declaration of Rowdy B. Meeks on behalf of Proposed Class Counsel as Exhibit 3; the Declaration of Anne-Marie Marra on behalf of Simpluris. Inc as Exhibit 4.

Dated: July 28, 2025                    Respectfully submitted,

/s/ George A. Hanson
George A. Hanson     KS Bar # 16805
Brad T. Wilders      KSD Bar# 78301
Stefon J. David      KSD Bar # 79173
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200

2

Kansas City, Missouri 64112
Telephone: (816) 714-7100
hanson@stuevesiegel.com
wilders@stuevesiegel.com
david@stuevesiegel.com

Rowdy B. Meeks        KS Bar # 16068
**ROWDY MEEKS LEGAL GROUP LLC**
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
Telephone: (913) 776-5585
Rowdy.meeks@rmlegalgroup.com

***COUNSEL FOR PLAINTIFFS
AND THE PROPOSED CLASS***