IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| JAKOB TOBLER and MICHELLE MCNITT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>1248 HOLDINGS, LLC f/k/a BICKNELL FAMILY HOLDING COMPANY; MARINER WEALTH ADVISORS, LLC f/k/a MARINER HOLDINGS, LLC; MONTAGE INVESTMENTS, LLC; MARINER, LLC f/k/a MARINER WEALTH ADVISORS, LLC; MARINER CAPITAL ADVISORS, LLC; TORTOISE CAPITAL ADVISORS, LLC; TORTOISEECOFIN PARENT HOLDCO LLC; AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY SERVICES, LLC; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-CV-02068-EFM-GEB |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND AWARD
OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Plaintiffs Jakob Tobler and Michelle McNitt, individually and on behalf of all others similarly situated, ("Plaintiffs"), respectfully move this Court for an Order: (1) granting final approval of the Settlement as fair, reasonable, and adequate under Rule 23(e)(2); (2) certifying the Settlement Class for the purpose of entering judgment on the proposed settlement; (3) granting Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees, Expenses, and Service Awards to Plaintiffs; and (4) entering final judgment following the Final Approval Hearing.

1

In support of this Motion, Plaintiffs submit a supporting Memorandum of Law and the Declaration of Anne-Marie Marra on behalf of Simpluris, Inc. attached thereto, addressing the implementation and adequacy of the notice plan for the Court's consideration.

Dated: November 20, 2025

Respectfully submitted,

*/s/ George A. Hanson*

| | |
|---|---|
| George A. Hanson | KS Bar # 16805 |
| Bradley T. Wilders | KSD Bar# 78301 |
| Stefon J. David | KSD Bar # 79173 |

**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
hanson@stuevesiegel.com
wilders@stuevesiegel.com
david@stuevesiegel.com

Rowdy B. Meeks    KS Bar # 16068
**ROWDY MEEKS LEGAL GROUP LLC**
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
Telephone: (913) 776-5585
Rowdy.meeks@rmlegalgroup.com

*SETTLEMENT CLASS COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

*/s/ George A. Hanson*
George A. Hanson